IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00628-WJM-NRN

SARAH LIEBERENZ, Individually
and as Personal Representative of THE ESTATE OF JACKSON MAES, deceased,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Finding good cause, it is hereby ORDERED that Plaintiff's Second Unopposed Motion to Extend Expert Disclosure Deadlines (Dkt. #64) is GRANTED. The Scheduling Order is amended as follows:

- Plaintiff's affirmative expert disclosure deadline is extended to December 3, 2021;
- Defendants' affirmative and rebuttal expert disclosure deadline is extended to January 14, 2022; and
- Plaintiff's rebuttal expert disclosure deadline is extended to February 8, 2022.

Date: October 27, 2021