**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-cv-00628-WJM

SARAH LIEBERENZ, Individually and as Personal
Representative of THE ESTATE OF JACKSON MAES,
deceased,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,

Defendants.

---

**Plaintiffs' Third Unopposed Motion to Extend Expert and Discovery Deadlines**

---

Plaintiff, Sarah Lieberenz, Individually and as Personal Representative of the Estate of Jackson Maes, deceased ("Ms. Lieberenz"), by and through her attorneys, Dormer Harpring, LLC, for her TITLE, states as follows:

**D.C.COLO.LCivR 7.1(a) Certificate of Conferral**

Counsel for Plaintiff conferred with counsel for Defendants regarding this motion via email on December 1st & 3rd. Defendants do not oppose this motion.

## D.C.COLO.LCivR 6.1(c) Certification

The undersigned certifies that this motion will be served on his client contemporaneously.

## Motion

1. The current expert disclosure deadlines as outlined in the Court's October 27, 2021 Minute Order are as follows:

   a. Plaintiffs Affirmative Experts: December 3, 2021

   b. Defendants' Affirmative & Rebuttal Experts: January 14, 2022

   c. Plaintiffs Rebuttal Experts: February 8, 2022.

2. The current deadline to complete discovery is March 4, 2022.

3. The current deadline to file Dispositive Motions is April 18, 2022.

4. One of Ms. Lieberenz's experts requires additional time to complete his record review and report. This expert was in the hospital for the past several weeks and was just discharged earlier this week.

5. Ms. Lieberenz requests an extension to the expert disclosure and discovery deadlines as follows:

   a. Plaintiffs Affirmative Experts: January 7, 2022

   b. Defendants Affirmative & Rebuttal Experts: February 18, 2022

   c. Plaintiffs Rebuttal Experts: March 15, 2022

   d. Discovery Cutoff: April 8, 2022

   e. Dispositive Motions: May 23, 2022

7. The parties continue to prepare for trial and are in the process of scheduling depositions.

8. The parties agree that the proposed extended expert and discovery deadline schedule is appropriate and will serve the parties' interest in litigation efficiency.

9. Good cause exists for the granting of this Motion and extension of the expert and discovery deadlines. Trial has not been set in this case, and the Final Pretrial Conference is scheduled for June 2022.

10. The parties approve extending the expert deadlines as outlined above and thus, no party will be prejudiced by the granting of this Motion.

WHEREFORE, Plaintiff, Sarah Lieberenz respectfully, requests that the Court grant this Motion and extend the expert and discovery deadlines as outlined above, and such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED at Denver, Colorado, this 3rd day of December, 2021.

*s/ Sean M. Dormer*

Sean M. Dormer, Colo. Atty. Reg. 44962
K.C. Harpring, Colo. Atty. Reg. 47760
Erik D. Moya, Colo. Atty. Reg. 55074
DORMER HARPRING, LLC
3457 Ringsby Court, Unit 110
Denver, CO 80216
Telephone: (303) 756-3812
Facsimile: (303) 477-7400
E-mail: smd@denvertrial.com
kch@denvertrial.com
edm@denvertrial.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of December, 2021, a true and correct copy of the foregoing was served on the following, by electronic filing using the CM/ECF filing system which will send a copy to the following email addresses:

Nicholas C. Poppe, Esq.
Marni Nathan Kloster, Esq.
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
npoppe@ndm-law.com
mkloster@ndm-law.com
*Attorneys for Defendants Board of County Commissioners of the County of Saguache; Saguache County Sheriff's Office; Dan Warwick; Kenneth Wilson; and Shelby Shields*

Leslie L. Schluter, Esq.
Dagner Schluter Mitzner Werber, LLC
8400 E. Prentice, Suite 1401
Greenwood Village, CO 80111
(303) 221-4661
lschluter@lawincolorado.com
*Attorneys for Defendant Elke Wells*

Andrew R. McLetchie, Esq.
Eden R. Rolland, Esq.
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 850
Golden, CO 80401
(303) 298-8603
A_mcletchie@fsf-law.com
E_rolland@fsf-law.com
*Attorneys for Defendant Miguel Macias*

*/s/ Marcie Emch*
Marcie Emch, Paralegal