IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 21-cv-00628-WJM-NRN | Date: April 28, 2022 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| SARAH LIEBERENZ, Individually and as Personal Representative of THE ESTATE OF JACKSON MAES, deceased, | John Bryan<br>Blaire Bayliss |
| Plaintiff, | |
| v. | |
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity; SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity; DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity; KENNETH WILSON, in his individual capacity; | John Osgood<br>Nicholas Poppe |
| ELKE WELLS, in her individual capacity; MIGUEL MACIAS, in his individual capacity; and SHELBY SHIELDS, in her individual capacity, | Leslie Schluter<br>Eden Rolland |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**2:30 p.m. Court in session.**

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

This matter is before the Court regarding Plaintiff's Opposed Motion to Extend Scheduling Order Deadlines (Dkt. #84); Defendant Dan Warwick's Motion for Protective

Order or In the Alternative Motion to Quash Subpoena Duces Tecum (Dkt. #85); and Defendants' Motion to Quash Subpoena Duces Tecum (Dkt. #86).

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:** Plaintiff's Opposed Motion to Extend Scheduling Order Deadlines (Dkt. #84) is **GRANTED IN PART** for the limited purpose of obtaining additional CrimeStar Reports, taking the 30(b)(6) deposition and the depositions of the experts. Depositions shall be completed by June 3, 2022. No written discovery is permitted. The dispositive motion deadline is extended to June 30, 2022.

**ORDERED:** Defendant Dan Warwick's Motion for Protective Order or In the Alternative Motion to Quash Subpoena Duces Tecum (Dkt. #85) is **GRANTED**.

**ORDERED:** Defendants' Motion to Quash Subpoena Duces Tecum (Dkt. #86) is **GRANTED**.

**ORDERED:** The Final Pretrial Conference set June 15, 2022 at 10:30 a.m. is VACATED and RESET for August 23, 2022 at 10:00. The Final Pretrial Conference shall be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

**3:16 p.m. Court in recess.**

Hearing concluded.
Total in-court time: 00:46

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.