IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-00628-NYW-NRN

SARAH LIEBERENZ, Individually
and as Personal Representative of THE ESTATE OF JACKSON MAES, deceased,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE,
COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     Plaintiff's Motion to File Exhibits Under Restriction (Dkt. #194) is **DENIED without prejudice.** The proposed restricted exhibits are two complete deposition transcripts. (Dkt. #195 & #196.) The first transcript is 268 pages and the second is 139 pages. The Court declines Plaintiff's invitation to comb through 407 pages of transcript to determine what sections are or are not appropriately subject to restriction, particularly where it appears that the underlying document (the Response to Show Cause Order re: Ms. Lieberenz Wrongful Death Claims, Dkt. #188) does not (and should not) rely on the complete transcripts.

     Moreover, Plaintiff nowhere explains why no alternative to restriction (such as reaction or submission of only relevant portions of the transcript) is practicable. To the extent Plaintiff relies on the deposition transcripts in her proposed Reply in Support of Response to Show Cause Order re: Ms. Lieberenz's Wrongful Death Claims (Dkt. #193-1), she need only file the *relevant* portions of the deposition transcripts as an exhibit. Then, she may seek redaction of those relevant portions, if appropriate, through a motion for leave to restrict. Wholesale redaction of both transcripts is not appropriate given the availability of reasonable alternatives.

      The Clerk of Court is directed to maintain Dkt. #195 and #196 under level 1 restriction pending submission of the proposed redacted excerpts.

Date: January 9, 2023