IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00628-NYW

SARAH LIEBERENZ, Individually and as Personal
Representative of THE ESTATE OF JACKSON MAES,
deceased,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE,
COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,

    Defendants.

---

### PLAINTIFF'S SECOND MOTION TO FILE EXHIBITS UNDER RESTRICTION

---

.

Plaintiff, Sarah Lieberenz, Individually and as Personal Representative of the Estate of Jackson Maes, deceased ("Ms. Lieberenz"), by and through her attorneys, Dormer Harpring, LLC, for her Second Motion to File Exhibits Under Restriction, states as follows:

### Certificate of Conferral

Counsel for Plaintiffs conferred with counsel for the Defendants via email on January 4, 2023 regarding this request to file exhibits under restriction. None of the Defendants responded to the conferral email as of the time of filing. The undersigned will advise the Court via supplement as to the Defendants positions.

### D.C.COLO.LCivR 6.1(c) Certification

The undersigned certifies that this motion will be served on her client contemporaneously.

## MEMORANDUM IN SUPPORT

As part of her Reply In Support of Response (Doc. 201) to Show Cause Order (Doc. 187) re: Ms. Lieberenz's Wrongful Death Claims, Plaintiff plans to attach the deposition transcripts of Sarah Lieberenz and Ava Radigan. Because both of these documents have personal information, Plaintiff requests this Court's permission to file the deposition transcripts of Sarah Lieberenz and Ava Radigan, Exhibits 6 and 7, respectively, to Plaintiff's Reply In Support of Response (Doc. 201) to Show Cause Order (Doc. 187) re: Ms. Lieberenz's Wrongful Death Claims under level 1 restriction.

**A. Exhibits 6 and 7: Excerpts of Deposition Transcripts of Sarah Lieberenz and Ava Radigan Must Be Filed Under Level 1 Restriction.**

Excerpts from the deposition transcript of Sarah Lieberenz and the deposition transcript of Ava Radigan contain personal details of their grief and struggles relating to Jackson Maes and his suicide. Plaintiff requests this Court's permission to file these excerpts from the deposition transcripts under level 1 restriction, which would restrict access to the transcripts to the parties and this Court. This restriction is being sought because the content of the deposition transcripts are highly personal to Ms. Lieberenz and Ms. Radigan. There is a serious risk that public disclosure of these transcripts will only serve to embarrass and harass Ms. Lieberenz and Ms. Radigan, by publicly disclosing information regarding their grief and struggles relating to Jackson Maes' suicide. The Court previously filed excerpts of Sarah Lieberenz's deposition transcript under level 1 restriction (Doc. 127). The protection of such personal testimony will protect the personal privacy of Ms. Lieberenz and Ms. Radigan, and prevent embarrassment or public humiliation.

No other alternative is available to filing under level 1 restriction: the deposition transcripts

2

have been redacted and highlighted to only the pages which Plaintiff plans to cite directly in her Reply In Support of Response (Doc. 201) to Show Case Order (Doc. 187) re: Ms. Lieberenz's Wrongful Death Claims. No amount of further redaction or summary could reduce or remove the highly personal nature of the information contained in these exhibits. The level 1 restriction of Ms. Lieberenz's and Ms. Radigan's personal testimony will protect their privacy and prevent embarrassment or public humiliation. The interest in protecting their personal privacy outweighs the benefits provided by the presumption of public disclosure. Plaintiff requests the Court's permission to file highlighted excerpts from the deposition transcript of Sarah Lieberenz as Exhibit 6, and highlighted excerpts from the deposition transcript of Ava Radigan as Exhibit 7, to Plaintiff's Reply In Support of Response (Doc. 201) to Show Cause Order (Doc. 187) re: Ms. Lieberenz's Wrongful Death Claims under level 1 restriction (Doc. 201-5 and 201-6).

WHEREFORE, Plaintiff, Sarah Lieberenz requests this Court GRANT her Motion to File Exhibits Under Restriction, and such other relief as this Court deems proper.

RESPECTFULLY SUBMITTED at Denver, Colorado, this 11th day of January, 2023.

DORMER HARPRING, LLC

s/   *Sean M. Dormer*
Sean M. Dormer, Colo. Atty. Reg. 44962
Timothy M. Garvey, Colo. Atty. Reg. 42668
Blaire G. Bayliss, Colo. Atty. Reg. 55221
DORMER HARPRING, LLC
3457 Ringsby Court, Unit 110
Denver, CO  80216
Telephone: (303) 756-3812
Facsimile: (303) 477-7400
E-mail:   smd@denvertrial.com
              tmg@denvertrial.com
              bgb@denvertrial.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 11th day of January, 2023, a true and correct copy of the foregoing was served on the following, by electronic filing using the CM/ECF filing system which will send a copy to the following email addresses:

Nicholas C. Poppe, Esq.
Marni Nathan Kloster, Esq.
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
npoppe@ndm-law.com
mkloster@ndm-law.com
*Attorneys for Defendants Board of County Commissioners of the County of Saguache; Saguache County Sheriff's Office; Dan Warwick; Kenneth Wilson; and Shelby Shields*

Leslie L. Schluter, Esq.
Dagner Schluter Mitzner Werber, LLC
8400 E. Prentice, Suite 1401
Greenwood Village, CO 80111
(303) 221-4661
lschluter@lawincolorado.com
*Attorneys for Defendant Elke Wells*

Andrew R. McLetchie, Esq.
Eden R. Rolland, Esq.
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 850
Golden, CO 80401
(303) 298-8603
A_mcletchie@fsf-law.com
E_rolland@fsf-law.com
*Attorneys for Defendant Miguel Macias*

James D. Murdock, II, Esq.
John T. Osgood, Esq.
Michael A. Shumrick, Esq.
Taylor Anderson LLP
1670 Broadway, Suite 900
Denver, CO 80202
(303) 551-6660
jmurdock@talawfirm.com
josgood@talawfirm.com
mshumrick@talwfirm.com
*C-Counsel for Defendants Board of County Commissioners of the County of Saguache;*

*Saguache County Sheriff's Office; Dan Warwick; Kenneth Wilson; and Shelby Shields*

*/s/ Marcie Emch*
Marcie Emch, Paralegal
