IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      1:21-CV-00628-NYW-NRN

SARAH LIEBERENZ, Individually and as Personal Representative of THE ESTATE OF JACKSON MAES, deceased,
Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,
Defendants.

## NOTICE OF APPEAL FROM DISTRICT COURT'S ORDER DENYING QUALIFIED IMMUNITY

Captain Kenneth Wilson appeals to the United States Court of Appeals for the Tenth Circuit from the order denying qualified immunity entered on February 3, 2023 [ECF 207].

Respectfully submitted this 28th day of February, 2023.

> *s/Nick Poppe*
> Marni Nathan Kloster
> Nicholas C. Poppe
> NATHAN DUMM & MAYER P.C.
> 7900 E. Union Avenue, Suite 600
> Denver, CO  80237-2776
> Phone Number: (303) 691-3737
> Fax: (303) 757-5106
> Attorneys for Captain Wilson

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2023, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

J. Spencer Bryan
Bryan & Terrill Law, PLLC
333 W. Hampden, Suite 420B,
Englewood, Colorado 80110
jsbryan@bryanterrill.com
*Attorney for Ms. Lieberenz and for the Estate of Jackson Maes*

Sean M. Dormer, #44962
Blaire G. Bayliss, #55221
Timothy M. Garvey, #42668
Dormer Harpring, LLC
3457 Ringsby Ct., Unit 110
Denver, CO 80216
smd@denvertrial.com
bgb@denvertrial.com
tmg@denvertrial.com
*Attorney for Ms. Lieberenz and for the Estate of Jackson Maes*

Leslie L. Schluter
DAGNER | SCHLUTER | MITZNER | WERBER, LLC
8400 East Prentice, Suite 1401
lschluter@lawincolorado.com
*Attorneys for Defendant Elke Wells*

Andrew R. McLetchie
Eden R. Rolland
FOWLER, SCHIMBERG, FLANAGAN & MCLETCHIE, P.C.
350 Indiana St., Suite 850
Golden, CO 80401
a_mcletchie@fsf-law.com
E_rolland@fsf-law.com
*Attorneys for Defendant Miguel Macias*

James D. Murdock II (Bar No. 47527)
John T. Osgood (Bar No. 34999)
1670 Broadway, Suite 900
Denver, CO 80202
Jmurdock@talawfirm.com
Josgood@talawfirm.com
*Attorney for Defendants Board of County Commissioners of the County of Saguache, Saguache County Sheriff's Office, Sheriff Dan Warwick, Kenneth Wilson, and Shelby Shields*

*s/Sarah Hornbarger*
NATHAN DUMM & MAYER P.C.