## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00628-NYW-NRN

SARAH LIEBERENZ, Individually and as Personal
Representative of THE ESTATE OF JACKSON MAES,
deceased,

      Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE,
COLORADO, in its official capacity;
SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity;
DAN WARWICK, SHERIFF OF SAGUACHE COUNTY, in his official capacity;
KENNETH WILSON, in his individual capacity;
ELKE WELLS, in her individual capacity;
MIGUEL MACIAS, in his individual capacity; and
SHELBY SHIELDS, in her individual capacity,

      Defendants.

---

### Plaintiffs' Notice of Cross-Appeal Under F.R.A.P. 3 and 4(a)(3)

---

Plaintiff, Sarah Lieberenz, individually and as Personal Representative of the Estate of Jackson Maes, cross-appeals to the United States Court of Appeals for the Tenth Circuit from the following orders, which are interrelated with Defendant Wilson's appeal of the District Court's order denying qualified immunity, entered on February 3, 2023 (Doc. 207):

1.    The portion of the same order granting qualified immunity to and dismissing claims against Defendant Elke Wells;

2.    The portion of the same order granting qualified immunity to and dismissing claims against Defendant Shelby Shields; and

3.      The District Court's order denying Plaintiffs' request for sanctions for spoliation of evidence, entered on January 6, 2023 (Doc. 200).

RESPECTFULLY SUBMITTED at Denver, Colorado, this 14th day of March, 2023.

s/ Sean M. Dormer
Sean M. Dormer, Colo. Atty. Reg. 44962
Timothy M. Garvey, Colo. Atty. Reg. 42668
Blaire G. Bayliss, Colo. Atty. Reg. 55221
DORMER HARPRING, LLC
3457 Ringsby Court, Unit 110
Denver, CO  80216
Telephone: (303) 756-3812
Facsimile: (303) 477-7400
E-mail:      smd@denvertrial.com
                tmg@denvertrial.com
                bgb@denvertrial.com
*Attorneys for Plaintiff*


s/
J. Spencer Bryan, Colo. Atty. Reg. 51933
Bryan & Terrill
333 West Hampden, Suite 420B
Englewood, CO 80110
Telephone: (720) 923-2333
Email:      jsbryan@bryanterrill.com
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of March, 2023, a true and correct copy of the foregoing was served on the following, by electronic filing using the CM/ECF filing system which will send a copy to the following email addresses:

Nicholas C. Poppe, Esq.
Marni Nathan Kloster, Esq.
Nathan Dumm & Mayer P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237

(303) 691-3737
npoppe@ndm-law.com
mkloster@ndm-law.com
*Attorneys for Defendants Board of County Commissioners of the County of Saguache;*
*Saguache County Sheriff's Office; Dan Warwick; Kenneth Wilson; and Shelby Shields*

Leslie L. Schluter, Esq.
Dagner Schluter Mitzner Werber, LLC
8400 E. Prentice, Suite 1401
Greenwood Village, CO 80111
(303) 221-4661
lschluter@lawincolorado.com
*Attorneys for Defendant Elke Wells*

Andrew R. McLetchie, Esq.
Eden R. Rolland, Esq.
Fowler, Schimberg, Flanagan & McLetchie, P.C.
350 Indiana Street, Suite 850
Golden, CO 80401
(303) 298-8603
A_mcletchie@fsf-law.com
E_rolland@fsf-law.com
*Attorneys for Defendant Miguel Macias*

James D. Murdock, II, Esq.
John T. Osgood, Esq.
Taylor Anderson LLP
1670 Broadway, Suite 900
Denver, CO 80202
(303) 551-6660
jmurdock@talawfirm.com
josgood@talawfirm.com
*C-Counsel for Defendants Board of County Commissioners of the County of Saguache;*
*Saguache County Sheriff's Office; Dan Warwick; Kenneth Wilson; and Shelby Shields*

/s/ Sean M. Dormer
Sean M. Dormer