IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-00628-NYW-NRN | Date: March 31, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| SARAH LIEBERENZ, as Personal Representative of the Estate of Jackson Maes, deceased, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity, <br> SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity, <br> DAN WARWICK, Sheriff of Saguache County, in his official capacity, <br> KENNETH WILSON, in his individual capacity, and <br> MIGUEL MACIAS, in his individual capacity, <br><br> Defendants. | J. Spencer Bryan <br> Amy Rogers <br> Timothy Garvey <br> Sean Dormer <br><br><br><br><br> James Murdock <br> John Osgood <br> Michelle Sudano <br> Andrew McLetchie <br> Eden Rolland <br> Rachel Bradley |

## COURTROOM MINUTES

**JURY TRIAL – DAY 1**

**8:43 a.m.      Court in session.**

Appearances of counsel. Jury panel not present.

The Court will review Plaintiff's Motion to Strike Defendants' Late Amended Witness List [Doc. 302] and Defendants' Joint Response to Plaintiff's "Motion to Strike Defendants' Late Amended Witness List" [ECF #302] [Doc. 306] and hear argument at a break in the trial. The Court advises counsel that a written reply is not necessary.

Discussion regarding an issue with respect to Dr. Ritvo. The Court has the deposition transcript and the objections and will issue a written ruling.

Discussion regarding the amended exhibit and witness lists.

The Court addresses the timing of the charge conference.

Discussion regarding the timing of a Batson challenge.

Defendants object to slide 55 in the PowerPoint presentation to be used during Plaintiff's opening statement.

**ORDERED: Defendants' objection is taken under advisement.**

Plaintiff objects to slide 15 in the PowerPoint presentation to be used during the County Defendants' opening statement.

**ORDERED: Plaintiff's objection is sustained. Slides 15 and 16 have been removed by County Defendants.**

**ORDERED: Plaintiff's oral request for the Court or Plaintiff to ask questions with respect to any potential juror having association with the particular insurer in this case is DENIED.**

**ORDERED: County Defendants' request for an Order of Sequestration is GRANTED. Witnesses shall be sequestered.**

Mr. Murdock advises the Court that the County representative in the courtroom may change during the trial.

Discussion regarding Defendant Macias's use of a 3D model during his opening statement.

**9:21 a.m.      Court in recess.**
**10:01 a.m.     Court in session.**

Jury panel present.

Court's preliminary remarks and introduction of staff, counsel, and parties.

Jury panel sworn for voir dire.

10:14 a.m.     Voir dire by Court commences.

10:16 a.m. – 10:19 a.m. Bench conference: Parties do not object to Juror 100487328 being excused for cause.

Continued voir dire by Court.

10:25 a.m. – 10:33 a.m. Bench conference: Parties do not object to Jurors 100512889 and 100498421 being excused for cause.

Continued voir dire by Court.

11:04 a.m. – 11:12 a.m. Bench conference. Parties' for cause challenge to Juror 100481522 is granted.

**11:13 a.m.     Court in recess.**
**11:28 a.m.     Court in session.**

Jury panel not present.

Discussion regarding jury selection logistics. The Court will bring jurors into the courtroom one at a time to answer sensitive questions.

**11:30 a.m.     Court in recess.**
**11:36 a.m.     Court in session.**

Jury panel not present.

Juror 100506956 has been feeling ill throughout these proceedings and articulates to the Court and Parties how he is feeling.

Parties do not object to Juror 100506956 being excused for cause.

Continued voir dire by Court.

Defendants' for cause challenge to Juror 100504385 is granted.

Continued voir dire by Court.

Defendants' for cause challenge to Juror 100491005 is taken under advisement.

Continued voir dire by Court.

12:42 p.m.     Jury panel present.

Jurors 100504385 and 100481522 are excused for cause.

12:45 p.m.     Jury panel is excused.

With respect to opening statements, the Court will preclude any reference or statement with respect to the standard of proof and the reference to substantial risk of suicide or reasonable measures to address the problem.

**12:48 p.m.     Court in recess.**
**1:36 p.m.      Court in session.**

Jury panel present.

Continued voir dire by Court.

1:49 p.m. – 1:51 p.m. Bench conference. Defendant Macias's for cause challenge to Juror 100491005 is denied.

1:52 p.m.      Voir dire by Mr. Garvey.

2:08 p.m.      Voir dire by Mr. Murdock.

2:23 p.m.      Voir dire by Mr. McLetchie.

Continued voir dire by Court.

2:37 p.m. – 2:37 p.m. Bench conference.

Continued voir dire by Court.

2:40 p.m. – 2:44 p.m. Bench conference. Plaintiff's for cause challenge to Juror 100513473 is denied.  Parties pass the jury.

2:54 p.m. – 2:57 p.m. Bench conference. Plaintiff raises an issue with respect to a statement made during the voir dire by Mr. Murdock.

Challenges for cause:

1)     100487328
2)     100512889
3)     100498421
4)     100506956

5)	100504385
6)	100481522

Plaintiff's Peremptory Challenges:

1)	100513473
2)	100499628
3)	100499356

Defendants' Peremptory Challenges:

1)	100491005
2)	100499827
3)	100512201

3:00 p.m.	Eight jurors sworn to try the case:

1)	100481405
2)	100488254
3)	100510905
4)	100478887
5)	100492198
6)	100518211
7)	100503985
8)	100504796

Court instructs the jury.

**3:03 p.m.	Court in recess.**
**3:40 p.m.	Court in session.**

Jury not present.

Parties confirm that the Court has the revised preliminary instructions.

3:44 p.m.	Jury present.

Court reads preliminary instructions to the jury.

4:04 p.m.	Plaintiff's opening statement by Ms. Rogers.

4:34 p.m.	Defendants Board of County Commissioners of the County of Saguache, Colorado; Saguache County Sheriff's Office; Dan Warwick; and Kenneth Wilson's opening statement by Mr. Osgood.

4:55 p.m.	Defendant Miguel Macias' opening statement by Mr. McLetchie.

Court advises jury regarding admonitions of trial.

5:16 p.m.	Jury excused until April 1, 2025 at 9:00 a.m.

Plaintiff raises an issue with respect to repetition by Defendants during opening statements. Plaintiff objects to Defendants' use of "kind, caring, and compassionate" statements during their opening statements.

**5:21 p.m.	Court in recess.**

Trial continued.
Total time in court:	6:12