IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-00628-NYW-NRN | Date: April 2, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| SARAH LIEBERENZ, as Personal Representative of the Estate of Jackson Maes, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity,<br>SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity,<br>DAN WARWICK, Sheriff of Saguache County, in his official capacity,<br>KENNETH WILSON, in his individual capacity, and<br>MIGUEL MACIAS, in his individual capacity,<br><br>Defendants. | J. Spencer Bryan<br>Amy Rogers<br>Timothy Garvey<br>Sean Dormer<br><br><br><br><br>James Murdock<br>John Osgood<br>Michelle Sudano<br>Andrew McLetchie<br>Eden Rolland<br>Rachel Bradley |

**COURTROOM MINUTES**

**JURY TRIAL – DAY 3**

**9:00 a.m.      Court in session.**

Appearances of counsel.

Jury not present.

Discussion regarding holding the charge conference on Monday morning, April 7, 2025. Prior to the charge conference, the Court will provide the Parties with a working copy of the jury instructions.

9:07 a.m.        Jury present.

Plaintiff's witness, Laura Kimler, called and sworn.

9:09 a.m.        Direct examination of Ms. Kimler by Mr. Dormer.

9:14 a.m. – 9:15 a.m.  Bench conference.

9:15 a.m.        Continued direct examination of Ms. Kimler by Mr. Dormer.

9:19 a.m. – 9:24 a.m.  Bench conference.

9:24 a.m.        Continued direct examination of Ms. Kimler by Mr. Dormer.

9:25 a.m. – 9:27 a.m.  Bench conference.

9:27 a.m.        Continued direct examination of Ms. Kimler by Mr. Dormer.

9:32 a.m.        Cross examination of Ms. Kimler by Ms. Bradley.

9:34 a.m.        Cross examination of Ms. Kimler by Ms. Sudano.

9:38 a.m.        Redirect examination of Ms. Kimler by Mr. Dormer.

9:40 a.m. – 9:43 a.m. Bench conference.

9:44 a.m.        Continued redirect examination of Ms. Kimler by Mr. Dormer.

Plaintiff's witness, Timothy Lovato, called and sworn.

9:48 a.m.        Direct examination of Mr. Lovato by Mr. Bryan.

**Exhibit 28, pages 353-370, is admitted.**

9:59 a.m.        Cross examination of Mr. Lovato by Ms. Sudano.

10:01 a.m. – 10:01 a.m. Bench conference.

10:02 a.m.       Continued cross examination of Mr. Lovato by Ms. Sudano.

10:15 a.m.	Redirect examination of Mr. Lovato by Mr. Bryan.

10:18 a.m. – 10:20 a.m. Bench conference.

10:20 a.m.	Continued redirect examination of Mr. Lovato by Mr. Bryan.

**10:24 a.m.	Court in recess.**
**10:41 a.m.	Court in session.**

Jury not present.

Mr. Murdock advises the Court that Defendants are contemplating their options with respect to an issue raised in the examination of Mr. Lovato with respect to insurance.

10:44 a.m.	Jury present.

Defendant, Miguel Macias, called and sworn.

10:44 a.m.	Direct examination of Mr. Macias by Mr. Dormer.

**Exhibit 77 is admitted.**

11:01 a.m.	Deposition of Miguel Macias opened and used for impeachment.

11:04 a.m. – 11:06 a.m. Bench conference.

11:06 a.m.	Continued direct examination of Mr. Macias by Mr. Dormer.

11:16 a.m. – 11:17 a.m. Bench conference.

11:17 a.m.	Continued direct examination of Mr. Macias by Mr. Dormer.

11:23 a.m. – 11:24 a.m. Bench conference.

11:24 a.m.	Continued direct examination of Mr. Macias by Mr. Dormer.

11:30 a.m. – 11:31 a.m. Bench conference.

11:31 a.m.	Continued direct examination of Mr. Macias by Mr. Dormer.

11:42 a.m. – 11:44 a.m. Bench conference.

11:44 a.m.	Continued direct examination of Mr. Macias by Mr. Dormer.

11:46 a.m. – 11:47 a.m. Bench conference.

11:47 a.m.      Continued direct examination of Mr. Macias by Mr. Dormer.

12:05 p.m.      Cross examination of Mr. Macias by Mr. McLetchie.

12:10 p.m. – 12:11 p.m. Bench conference.

12:11 p.m.      Continued cross examination of Mr. Macias by Mr. McLetchie.

12:31 p.m.      Cross examination of Mr. Macias by Mr. Murdock.

12:34 p.m.      Redirect examination of Mr. Macias by Mr. Dormer.

12:37 p.m. – 12:39 p.m. Bench conference.

12:39 p.m.      Continued redirect examination of Mr. Macias by Mr. Dormer.

12:41 p.m. – 12:45 p.m. Bench conference.

12:45 p.m.      Continued redirect examination of Mr. Macias by Mr. Dormer.

12:47 p.m.      Recross examination of Mr. Macias by Mr. McLetchie.

12:48 p.m.      Jury is excused.

Discussion regarding an issue raised in the examination of Mr. Lovato with respect to insurance.

Discussion regarding the jury instructions and the proposed verdict form.

**12:53 p.m.      Court in recess.**
**1:40 p.m.      Court in session.**

Jury not present.

Discussion regarding the timing of upcoming witnesses.

Mr. McLetchie's request that Plaintiff's counsel refer to witnesses by their surname is granted.

1:44 p.m.      Jury present.

Plaintiff's witness, Anita Wood, called and sworn.

1:46 p.m.      Direct examination of Ms. Wood by Mr. Garvey.

1:52 p.m. – 1:53 p.m. Bench conference.

1:54 p.m.        Continued direct examination of Ms. Wood by Mr. Garvey.

2:02 p.m. – 2:06 p.m. Bench conference.

2:06 p.m.        Continued direct examination of Ms. Wood by Mr. Garvey.

2:12 p.m. – 2:14 p.m. Bench conference.

2:15 p.m.        Continued direct examination of Ms. Wood by Mr. Garvey.

2:20 p.m.        Cross examination of Ms. Wood by Ms. Sudano.

2:24 p.m. – 2:24 p.m. Bench conference.

2:24 p.m.        Continued cross examination of Ms. Wood by Ms. Sudano.

2:33 p.m. – 2:35 p.m. Bench conference.

2:35 p.m.        Continued cross examination of Ms. Wood by Ms. Sudano.

2:36 p.m. – 2:36 p.m. Bench conference.

2:37 p.m.        Continued cross examination of Ms. Wood by Ms. Sudano.

2:38 p.m. – 2:40 p.m. Bench conference.

2:40 p.m.        Continued cross examination of Ms. Wood by Ms. Sudano.

2:42 p.m. – 2:42 p.m. Bench conference.

2:43 p.m.        Continued cross examination of Ms. Wood by Ms. Sudano.

2:44 p.m.        Redirect examination of Ms. Wood by Mr. Garvey.

Plaintiff's witness, Kira Reilly, called and sworn.

2:48 p.m.        Direct examination of Ms. Reilly by Ms. Rogers.

2:55 p.m.        Cross examination of Ms. Reilly by Ms. Sudano.

2:58 p.m.        Cross examination of Ms. Reilly by Mr. McLetchie.

2:59 p.m.	Jury is excused.

Discussion regarding the amount of time needed for the testimony this afternoon.

**3:00 p.m.	Court in recess.**
**3:19 p.m.	Court in session.**

Jury present.

Plaintiff's witness, Thomas Wood, called and sworn.

3:22 p.m.	Direct examination of Mr. Wood by Ms. Rogers.

3:35 p.m. – 3:36 p.m. Bench conference.

3:36 p.m.	Continued direct examination of Mr. Wood by Ms. Rogers.

3:40 p.m. – 3:41 p.m. Bench conference.

3:41 p.m.	Continued direct examination of Mr. Wood by Ms. Rogers.

3:45 p.m.	Cross examination of Mr. Wood by Mr. Osgood.

3:45 p.m. – 3:45 p.m. Bench conference.

3:46 p.m.	Continued cross examination of Mr. Wood by Mr. Osgood.

3:54 p.m.	Redirect examination of Mr. Wood by Ms. Rogers.

Court advises jury regarding admonitions of trial.

3:57 p.m.	Jury excused until April 3, 2025 at 9:00 a.m.

Discussion regarding ordering the claims with respect to the verdict form.

Parties shall meet and confer with respect to including a definition of negligence within the deliberate indifference instruction.

**4:07 p.m.	Court in recess.**

Trial continued.
Total time in court:	5:44