IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-00628-NYW-NRN | Date: April 7, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| SARAH LIEBERENZ, as Personal Representative of the Estate of Jackson Maes, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity,<br>SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity,<br>DAN WARWICK, Sheriff of Saguache County, in his official capacity,<br>KENNETH WILSON, in his individual capacity, and<br>MIGUEL MACIAS, in his individual capacity,<br><br>Defendants. | J. Spencer Bryan<br>Amy Rogers<br>Timothy Garvey<br>Sean Dormer<br><br><br><br>James Murdock<br>John Osgood<br>Michelle Sudano<br>Andrew McLetchie<br>Eden Rolland<br>Rachel Bradley |

### COURTROOM MINUTES

**JURY TRIAL – DAY 6**

**9:32 a.m.**      **Court in session.**

Appearances of counsel.

Jury not present.

Jury instruction charge conference.

Discussion regarding the logistical limitations of Juror 100478887.

| | |
|---|---|
| **11:11 a.m.** | **Court in recess.** |
| **11:28 a.m.** | **Court in session.** |

Jury not present.

Discussion regarding the logistical limitations of Juror 100478887.

Plaintiff moves to dismiss Juror 100478887 for cause.  Defendants object.

**ORDERED:   Plaintiff's Oral Motion to Dismiss Juror 100478887 for Cause is DENIED.**

| | |
|---|---|
| **11:35 a.m.** | **Court in recess.** |
| **12:27 p.m.** | **Court in session.** |

Jury present.

Plaintiff's witness, Travis Danielsen, called and sworn.

12:30 p.m.      Direct examination of Dr. Danielsen by Mr. Dormer.

Plaintiff moves to qualify Dr. Danielsen as an expert in forensic pathology.

12:31 p.m.      Voir dire examination of Dr. Danielsen by Mr. Murdock.

Defendants do not object to the qualification.  The Court finds Dr. Danielsen is so qualified.

12:32 p.m.      Continued direct examination of Dr. Danielsen by Mr. Dormer.

**Exhibit 1 is admitted.**

12:39 p.m. – 12:40 p.m. Bench conference.

12:40 p.m.      Continued direct examination of Dr. Danielsen by Mr. Dormer.

12:46 p.m.      Cross examination of Dr. Danielsen by Mr. Murdock.

12:48 p.m. – 12:51 p.m. Bench conference.

12:51 p.m.      Continued cross examination of Dr. Danielsen by Mr. Murdock.

1:05 p.m.	Cross examination of Dr. Danielsen by Mr. McLetchie.

1:06 p.m.	Redirect examination of Dr. Danielsen by Mr. Dormer.

Plaintiff, Sarah Lieberenz, called and sworn.

1:10 p.m.	Direct examination of Ms. Lieberenz by Mr. Dormer.

1:12 p.m. – 1:13 p.m. Bench conference.

1:13 p.m.	Continued direct examination of Ms. Lieberenz by Mr. Dormer.

1:30 p.m. – 1:31 p.m. Bench conference.

1:31 p.m.	Continued direct examination of Ms. Lieberenz by Mr. Dormer.

1:38 p.m. – 1:38 p.m. Bench conference.

1:38 p.m.	Continued direct examination of Ms. Lieberenz by Mr. Dormer.

1:39 p.m. – 1:40 p.m. Bench conference.

1:40 p.m.	Continued direct examination of Ms. Lieberenz by Mr. Dormer.

1:42 p.m.	Cross examination of Ms. Lieberenz by Ms. Sudano.

1:42 p.m. – 1:46 p.m. Bench conference.

1:47 p.m.	Continued cross examination of Ms. Lieberenz by Ms. Sudano.

1:47 p.m. – 1:48 p.m. Bench conference.

1:48 p.m.	Continued cross examination of Ms. Lieberenz by Ms. Sudano.

County Defendants offer Exhibit 55, pages 43-44.

1:50 p.m. – 1:54 p.m. Bench conference.

1:54 p.m.	Continued cross examination of Ms. Lieberenz by Ms. Sudano.

**Exhibit 55, pages 43-44, is admitted.**

2:05 p.m.	Deposition of Sarah Lieberenz opened and used for impeachment.

2:07 p.m. – 2:09 p.m. Bench conference.

2:09 p.m.        Continued cross examination of Ms. Lieberenz by Ms. Sudano.

County Defendants offer Exhibit 117, pages 710-711.

2:15 p.m. – 2:17 p.m. Bench conference.  Plaintiff's objection is sustained.  Exhibit 117, pages 710-711, is not admitted.

2:18 p.m.        Continued cross examination of Ms. Lieberenz by Ms. Sudano.

**Exhibit 117, page 718, is admitted.**

County Defendants offer Exhibit 117, pages 695-699.

2:26 p.m. – 2:29 p.m. Bench conference.  Plaintiff's objection is sustained.  Exhibit 117, pages 695-699, is not admitted.

**2:30 p.m.        Court in recess.**
**2:49 p.m.        Court in session.**

Jury not present.

Pending before the Court is the questioning of Ms. Lieberenz with respect to the $10 million statement from Ms. Lieberenz to Ms. Peloquin.

**ORDERED:   The questioning of Ms. Lieberenz with respect to the $10 million statement from Ms. Lieberenz to Ms. Peloquin shall not be permitted.**

Pending before the Court is Plaintiff's objection to the admission of Exhibit 117, pages 695-699.  Ms. Sudano confirms that she will elicit testimony from Ms. Lieberenz without seeking to admit the exhibit at this point.

**ORDERED:   Mr. Dormer's request for a limiting instruction with respect to the $10 million statement is DENIED.**

2:57 p.m.        Jury present.

2:57 p.m.        Continued cross examination of Ms. Lieberenz by Ms. Sudano.

**Exhibit 55, pages 38-39, is admitted.**

**Exhibit 33, page 1, is admitted.**

**Exhibit 33, pages 4-5, is admitted.**

County Defendants move to admit Exhibit 117, page 719.

3:25 p.m. – 3:27 p.m. Bench conference.

3:27 p.m.       Continued cross examination of Ms. Lieberenz by Ms. Sudano.

**Exhibit 117, page 719, is admitted.**

County Defendants move to admit Exhibit 33, pages 2 and 20-28.

3:35 p.m. – 3:37 p.m. Bench conference.

3:37 p.m.       Continued cross examination of Ms. Lieberenz by Ms. Sudano.

**Exhibit 33, pages 2 and 20-28, is admitted.**

3:49 p.m.       Cross examination of Ms. Lieberenz by Ms. Bradley.

3:52 p.m.       Redirect examination of Ms. Lieberenz by Mr. Dormer.

3:56 p.m. – 3:58 p.m. Bench conference.

3:58 p.m.       Continued redirect examination of Ms. Lieberenz by Mr. Dormer.

Plaintiff rests.

Court advises jury regarding admonitions of trial.

4:00 p.m.       Jury excused until April 8, 2025 at 10:00 a.m.

County Defendants have a Rule 50 motion to present and request to submit a written pleading in conjunction with oral argument.  The request is granted, and County Defendants shall file their written pleading.

Mr. Macias intends to argue a motion for a directed verdict.

Defendants do not intend to call any witnesses in Defendants' case.

**4:07 p.m.       Court in recess.**
**4:37 p.m.       Court in session.**

Jury not present.

| | |
|---|---|
| 4:37 p.m. | Argument by Mr. McLetchie regarding Defendant Macias's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law. |
| 4:49 p.m. | Response by Mr. Bryan. |
| 4:52 p.m. | Argument by Mr. Osgood regarding The County Defendants' Motion for Directed Verdict Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure [Doc. 316]. |
| 4:57 p.m. | Response by Mr. Bryan. |

Court's findings and conclusions.

**ORDERED:** **Defendant Macias's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is DENIED.**

**ORDERED:** **The County Defendants' Motion for Directed Verdict Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure [Doc. 316] is DENIED.**

Parties shall meet and confer with respect to the PowerPoint slides to be used during closing arguments.

Each closing argument shall be no more than 60 minutes.

Discussion regarding culling the exhibits and providing electronic exhibits on a flash drive.

Discussion regarding the timing of counsel receiving the final jury instructions.

**5:19 p.m.    Court in recess.**

Trial continued.
Total time in court:    5:49