# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# **JUDGE NINA Y. WANG**

| Civil Action: 21-cv-00628-NYW-NRN | Date: April 8, 2025 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| SARAH LIEBERENZ, as Personal Representative of the Estate of Jackson Maes, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity,<br>SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity,<br>DAN WARWICK, Sheriff of Saguache County, in his official capacity,<br>KENNETH WILSON, in his individual capacity, and<br>MIGUEL MACIAS, in his individual capacity,<br><br>      Defendants. | J. Spencer Bryan<br>Amy Rogers<br>Timothy Garvey<br>Sean Dormer<br><br><br><br><br>James Murdock<br>John Osgood<br>Michelle Sudano<br>Andrew McLetchie<br>Eden Rolland<br>Rachel Bradley |

## COURTROOM MINUTES

**JURY TRIAL – DAY 7**

**8:49 a.m.        Court in session.**

Appearances of counsel.

Jury not present.

County Defendants object to slides 294, 268, and 104-116 in Plaintiff's PowerPoint presentation to be used in her closing argument.

Defendant Macias objects to slides 152, 294, and 295 in Plaintiff's PowerPoint presentation to be used in her closing argument.

Response by Mr. Dormer.

**ORDERED:** **The Court will not permit slides 294 and 295 as currently depicted.**

**ORDERED:** **Defendants' objection to slide 268 is overruled.**

Discussion regarding time for closing arguments.

Mr. Dormer makes an Oral Motion to Reconsider the Exclusion of the Comparative Fault Jury Instruction.

Responses by Mr. Murdock and Mr. McLetchie.

**ORDERED:** **Plaintiff's Oral Motion to Reconsider the Exclusion of the Comparative Fault Jury Instruction is DENIED.**

The Court takes a recess to review slides 104-116 and 152.

**9:21 a.m.** **Court in recess.**
**10:01 a.m.** **Court in session.**

Jury not present.

Pending before the Court are Defendants' objections with respect to closing argument slides.

**ORDERED:** **The Court will not permit slide 152 as currently depicted.**

**ORDERED:** **With respect to slides 104-116, the Parties may state that calls were made by Ms. Shields to San Luis Valley Behavioral Health and from Defendant Wells to Corporal Hansen and that the calls were recorded. Parties may state that Plaintiff requested the recordings, but they were not provided because they were destroyed prior to this case. Defendants may argue that there is no evidence that substantive recordings of the calls were made.**

**10:09 a.m.** **Court in recess.**
**10:25 a.m.** **Court in session.**

Jury present.

County Defendants rest.

Defendant Macias rests.

10:27 a.m. – 10:27 a.m. Bench conference.  Mr. McLetchie re-raises Defendant Macias's Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law.  Mr. Murdock re-raises The County Defendants' Motion for Directed Verdict Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

**ORDERED:    Defendant Macias's Renewed Oral Motion Pursuant to Fed. R. Civ. P. 50(a) for Judgment as a Matter of Law is DENIED.**

**ORDERED:    The County Defendants' Renewed Motion for Directed Verdict Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure is DENIED.**

**ORDERED:    Lunches shall be provided to jurors during their deliberations starting on April 8, 2025.**

10:27 a.m.      Court reads Final Jury Instructions.

11:05 a.m.      Jury is excused.

Discussion regarding editing Jury Instruction No. 20.

**11:07 a.m.      Court in recess.**
**11:19 a.m.      Court in session.**

Jury present.

11:21 a.m.      Plaintiff's closing argument by Mr. Dormer.

12:16 p.m.      Defendant Macias's closing argument by Mr. McLetchie.

12:43 p.m. – 12:44 p.m. Bench conference.

12:44 p.m.      Defendant Macias's closing argument by Mr. McLetchie continues.

12:45 p.m.      County Defendants' closing argument by Mr. Murdock.

1:20 p.m. – 1:21 p.m. Bench conference.

1:21 p.m.       County Defendants' closing argument by Mr. Murdock continues.

1:23 p.m.      Plaintiff's rebuttal closing argument by Mr. Dormer.

Court further instructs the jury.

1:32 p.m.      Bailiff sworn.

1:32 p.m.      Jury excused to begin deliberations.

**1:34 p.m.      Court in recess.**
**5:01 p.m.      Court in session.**

Jury not present.

Discussion regarding a note from the jury. Court discusses its response to the note from the jury with the Parties. Jury excused until April 9, 2025 at 9:00 a.m.

**5:03 p.m.      Court in recess.**

Trial continued.
Total time in court:    3:39