IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE NINA Y. WANG**

| | |
|---|---|
| Civil Action: 21-cv-00628-NYW-NRN | Date: April 9, 2025 |
| Courtroom Deputy: Emily Buchanan | Court Reporter: Darlene Martinez |

| *Parties* | *Counsel* |
|---|---|
| SARAH LIEBERENZ, as Personal Representative of the Estate of Jackson Maes, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity,<br>SAGUACHE COUNTY SHERIFF'S OFFICE, a governmental entity,<br>DAN WARWICK, Sheriff of Saguache County, in his official capacity,<br>KENNETH WILSON, in his individual capacity, and<br>MIGUEL MACIAS, in his individual capacity,<br><br>　　　　Defendants. | J. Spencer Bryan<br>Amy Rogers<br>Timothy Garvey<br>Sean Dormer<br><br><br><br>John Osgood<br>Michelle Sudano<br>Andrew McLetchie<br>Eden Rolland<br>Rachel Bradley |

## COURTROOM MINUTES

**JURY TRIAL – DAY 8**

9:00 a.m.　　Jury present to resume their deliberations.

**1:27 p.m.　　Court in session.**

Appearances of counsel.

1:30 p.m.	Jury present.

Jury has reached a verdict.

1:31 p.m.	Court reads Verdict Form.

**ORDERED:	Verdict is received.**

**ORDERED:	Judgment shall enter in favor of Defendant Miguel Macias in his individual capacity and against Plaintiff Sarah Lieberenz, as personal representative of The Estate of Jackson Maes on Claim 1 as reflected on the Verdict. Judgment shall enter in favor of Plaintiff Sarah Lieberenz, as personal representative of The Estate of Jackson Maes and against Defendant Kenneth Wilson in his individual capacity on Claim 3 as reflected on the Verdict, Defendant Dan Warwick, Sheriff of Saguache County in his official capacity, and Defendant Saguache County Sheriff's Office on Claim 4 as reflected on the Verdict. Judgment shall enter in favor of Defendant Board of County Commissioners of the County of Saguache, Colorado in its official capacity and against Plaintiff Sarah Lieberenz, as personal representative of The Estate of Jackson Maes on Claim 5 as reflected on the Verdict. Costs are awarded to each prevailing party.**

Court's concluding remarks to the jury.

1:34 p.m.	Jury excused.

**1:36 p.m.	Court in recess.**

Trial concluded.
Total time in court:     0:09

Clerk's Note:  Exhibits and depositions have been returned to counsel.