IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00628-NYW-NRN

SARAH LIEBERENZ, as personal representative of THE ESTATE OF JACKSON MAES,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF SAGUACHE, COLORADO, in its official capacity,
SAGUACHE COUNTY SHERIFF'S OFFICE,
DAN WARWICK, in his official capacity,
KENNETH WILSON, in his individual capacity, and
MIGUEL MACIAS, in his individual capacity.

Defendants.

---

## VERDICT FORM

---

We, the jury, upon our oaths, unanimously find and state as follows:

### Claim 1: Individual Liability (Defendant Miguel Macias)

1a.  Has Plaintiff proven, by a preponderance of the evidence, that Defendant Miguel Macias was personally deliberately indifferent to Mr. Maes's serious medical needs, thereby depriving Mr. Maes of his federal constitutional rights under the Fourteenth Amendment?

____ YES        ✓ NO

**IF YOUR ANSWER TO QUESTION 1a IS "NO," PLEASE SKIP TO QUESTION NO. 3a.**

**IF YOUR ANSWER TO QUESTION 1a IS "YES", PLEASE CONTINUE TO QUESTION 2a.**

### Claim 2: Supervisory Liability (Defendant Kenneth Wilson)

2a. Has Plaintiff proven, by a preponderance of the evidence, that Defendant Kenneth Wilson either encouraged the specific incident of misconduct by Defendant Macias or in some other way directly participated in it?

        \_\_\_ YES         \_\_\_ NO

**PLEASE CONTINUE TO QUESTION NO. 3a.**

### Claim 3: Individual Liability (Defendant Kenneth Wilson)

3a. Has Plaintiff proven, by a preponderance of the evidence, that Defendant Kenneth Wilson was personally deliberately indifferent to Mr. Maes's serious medical needs, thereby depriving Mr. Maes of his federal constitutional rights under the Fourteenth Amendment?

        ✓ YES         \_\_\_ NO

**PLEASE PROCEED TO QUESTION NO. 4a.**

### Claim 4: Inadequate Training (Defendant Dan Warwick)

4a. Have you answered either Question 1a or 3a "YES"?

        ✓ YES         \_\_\_ NO

**IF YOUR ANSWER TO QUESTION 4a IS "NO," PLEASE SKIP TO QUESTION NO. 5a.**

**IF YOUR ANSWER TO QUESTION 4a IS "YES", PLEASE CONTINUE TO QUESTION 4b.**

4b. Has Plaintiff proven, by a preponderance of the evidence, that the need for more training or different training is so obvious, and the inadequacy so likely to result in the violation of constitutional rights by either Defendant Macias or Defendant Wilson, that Defendant Warwick can reasonably be said to have been deliberately indifferent to the need for such training?

        ✓ YES         \_\_\_ NO

**PLEASE PROCEED TO QUESTION 5a.**

### Claim 5: Inadequate Funding (Defendant Board of County Commissioners of the County of Saguache, Colorado)

5a.   Has Plaintiff proven, by a preponderance of the evidence, that Defendant Board of County Commissioners for Saguache County, Colorado maintained an official policy or custom of inadequate funding of the Saguache County Jail with deliberate indifference?

___ YES        _✓_ NO

**IF YOUR ANSWER TO QUESTION 5a IS "NO," PLEASE SKIP TO QUESTION NO. 6a.**

**IF YOUR ANSWER TO QUESTION 5a IS "YES", PLEASE CONTINUE TO QUESTION 5b.**

5b.   Has Plaintiff proven, by a preponderance of the evidence, that the official policy or custom that Defendant Board of County Commissioners for Saguache County, Colorado maintained with deliberate indifference resulted in a constitutional violation to Plaintiff?

___ YES        ___ NO

**IF YOU HAVE ANSWERED "NO" TO ALL OF THE FOLLOWING QUESTIONS NOS. 1a, 2a, 3a, 4b, AND 5b, YOUR DELIBERATIONS ARE COMPLETE. PLEASE SIGN AND DATE THIS VERDICT FORM, AND ALERT THE BAILIFF THAT YOU ARE READY TO RETURN TO THE COURTROOM.**

**IF YOU HAVE ANSWERED "YES" TO ANY OF THE FOLLOWING QUESTION NOS. 1a, 2a, 3a, 4b, OR 5b, PLEASE PROCEED TO QUESTION NO. 6a.**

6a.   What amount of money do you award The Estate of Jackson Maes to reasonably and fairly compensate it for its actual damages, including burial expenses, lost future wages, physical pain, emotional pain, mental pain, or loss of enjoyment of life, or nominal damages, that you believe was caused to Mr. Maes by the Defendant(s) you found liable?

$ _4,000,000_

Page 3 of 4

SO SAY WE ALL, this \_\_9th\_\_ day of \_\_April\_\_, 2025.

Juror Names Redacted