```
 1   damages award or actual damages.
 2             MR. OSGOOD:  A single actual damages award.
 3             THE COURT:  Mr. Bryan.
 4             MR. BRYAN:  No objection.
 5             THE COURT:  So the last sentence reads, therefore, if
 6   you find that one or more defendant's acts or omissions caused
 7   Mr. Maes' death, you can award plaintiff the single actual
 8   damages award, or nominal damages, without determining how much
 9   each defendant contributed to Mr. Maes' injury.
10             MR. OSGOOD:  No objection from the county Defendants,
11   your Honor.
12             MR. MCLETCHIE:  I agree with that formulation.
13             THE COURT:  Mr. Bryan.
14             MR. BRYAN:  No objection, your Honor.
15             THE COURT:  So joint and several liability is now
16   stipulated.
17             ==Interest, I took that out, because interest is usually==
18   ==in the purview of the Court and not the jury's hands, any==
19   ==objection.==
20             MR. BRYAN:  Especially not with our comments.
21             THE COURT:  Okay.  So no interest instruction.
22             Avoidance of double recovery, so I'm disinclined to
23   give this.  I know you all have proposed it without -- with
24   some edits to each other's, but given the other instructions, I
25   just find this to be extraneous.
```