

**Sean Dormer <smd@denvertrial.com>**

## Lieberenz v. Board, et al - Demonstratives Deadline

**John Osgood** <JOsgood@talawfirm.com>                                    Tue, Mar 18, 2025 at 1:38 PM
To: Sean Dormer <smd@denvertrial.com>
Cc: Brittany Freeman <bef@denvertrial.com>, Ella Nelson <ekn@denvertrial.com>, Spencer Bryan <Jsbryan@bryanterrill.com>, "Eden R. Rolland" <e_rolland@fsf-law.com>, Andrew McLetchie <a_mcletchie@fsf-law.com>, Amy Rogers <anr@denvertrial.com>, Korey Bigbee <kbigbee@talawfirm.com>, "Marni Nathan Kloster Esq." <mkloster@ndm-law.com>, "Nicholas Christaan Poppe Esq." <npoppe@ndm-law.com>, Rachel Bradley <r_bradley@fsf-law.com>, De'von Rewerts <drewerts@talawfirm.com>, Kirstin Baker <k_baker@fsf-law.com>, "JD Murdock, II" <JMurdock@talawfirm.com>, Brian Gulden <b_gulden@fsf-law.com>, Michelle Sudano <msudano@talawfirm.com>, Tim Garvey <tmg@denvertrial.com>, "LieberenzZ8821255@denvertrial.filevineapp.com" <LieberenzZ8821255@denvertrial.filevineapp.com>, Randi McRae <rmcrae@talawfirm.com>

I believe TA. I will confirm though.



### John T. Osgood

**Partner**
1670 Broadway, Suite 900
Denver, Colorado 80202
Direct     (720) 473-5946

Cell         (303) 829-1463

josgood@talawfirm.com

www.talawfirm.com

DENVER **|** ORANGE COUNTY **|** SAN DIEGO **|** PALO ALTO **|** DALLAS **|** RENO **|** WILMINGTON, NC

If you received this transmission in error, please immediately notify the sender and delete the transmission.

**From:** Sean Dormer <smd@denvertrial.com>
**Sent:** Tuesday, March 18, 2025 1:09 PM
**To:** John Osgood <JOsgood@talawfirm.com>
**Cc:** Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Spencer Bryan <Jsbryan@bryanterrill.com>; Eden R. Rolland <e_rolland@fsf-law.com>; Andrew McLetchie <a_mcletchie@fsf-law.com>; Amy Rogers <anr@denvertrial.com>; Korey Bigbee <kbigbee@talawfirm.com>; Marni Nathan Kloster Esq. <mkloster@ndm-law.com>; Nicholas Christaan Poppe Esq. <npoppe@ndm-law.com>; Rachel Bradley <r_bradley@fsf-law.com>; De'von Rewerts <drewerts@talawfirm.com>; Kirstin Baker <k_baker@fsf-law.com>; JD Murdock, II <JMurdock@talawfirm.com>; Brian Gulden <b_gulden@fsf-law.com>; Michelle Sudano <msudano@talawfirm.com>; Tim Garvey <tmg@denvertrial.com>; LieberenzZ8821255@denvertrial.filevineapp.com; Randi McRae <rmcrae@talawfirm.com>
**Subject:** Re: Lieberenz v. Board, et al - Demonstratives Deadline

I think the courtroom visit is set for end of the day (though Brittany and Ella are covering that for our side). Also got set for a 30min hearing starting at 11, so probably safest to call it 1pm if that works for you?

It'll be at TA, I assume? Or am I going to Andy's and Eden's office?



**NOTICE:** If you weren't supposed to get this email, please let me know, and then please delete it and don't read it. If you already read it, please forget it. It's probably supposed to be private. Sorry for accidentally sending it to you, and thanks for being human and not dragging me for my mistake!

On Mon, Mar 17, 2025 at 5:07 PM John Osgood <JOsgood@talawfirm.com> wrote:

> As I recall, 3/26 is the day we are visiting the Court re courtroom technology. I presume you are accounting for that. I imagine that will work though that is the one day next week I will not be here.
>
> Let me confirm with my colleagues but pencil one of those in and let me know -
>
> 
>
> **John T. Osgood**
>
> **Partner**
> 1670 Broadway, Suite 900
> Denver, Colorado 80202
> Direct　(720) 473-5946
>
> Cell　　(303) 829-1463
>
> josgood@talawfirm.com
>
> www.talawfirm.com
>
> DENVER | ORANGE COUNTY | SAN DIEGO | PALO ALTO | DALLAS | RENO | WILMINGTON, NC
>
> If you received this transmission in error, please immediately notify the sender and delete the transmission.

**From:** Sean Dormer <smd@denvertrial.com>
**Sent:** Monday, March 17, 2025 5:05 PM
**To:** John Osgood <JOsgood@talawfirm.com>
**Cc:** Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Spencer Bryan <Jsbryan@bryanterrill.com>; Eden R. Rolland <e_rolland@fsf-law.com>; Andrew McLetchie <a_mcletchie@fsf-law.com>; Amy Rogers <anr@denvertrial.com>; Korey Bigbee <kbigbee@talawfirm.com>; Marni Nathan Kloster Esq. <mkloster@ndm-law.com>; Nicholas Christaan Poppe Esq. <npoppe@ndm-law.com>; Rachel Bradley <r_bradley@fsf-law.com>; De'von Rewerts <drewerts@talawfirm.com>; Kirstin Baker <k_baker@fsf-law.com>; JD Murdock, II <JMurdock@talawfirm.com>; Brian Gulden <b_gulden@fsf-law.com>; Michelle Sudano <msudano@talawfirm.com>; Tim Garvey <tmg@denvertrial.com>; LieberenzZ8821255@denvertrial.filevineapp.com; Randi McRae <rmcrae@talawfirm.com>
**Subject:** Re: Lieberenz v. Board, et al - Demonstratives Deadline


How about Wednesday, 3/26, around 1130? Or I could come as late as 1p.




**NOTICE:** If you weren't supposed to get this email, please let me know, and then please delete it and don't read it. If you already read it, please forget it. It's probably supposed to be private. Sorry for accidentally sending it to you, and thanks for being human and not dragging me for my mistake!


On Mon, Mar 17, 2025 at 5:02 PM John Osgood <JOsgood@talawfirm.com> wrote:

> We can set up a viewing time, Sean. When would you like to come down? This can be available 3/24 or after.



### John T. Osgood

**Partner**
1670 Broadway, Suite 900
Denver, Colorado 80202
Direct    (720) 473-5946

Cell       (303) 829-1463

josgood@talawfirm.com

www.talawfirm.com

DENVER **|** ORANGE COUNTY **|** SAN DIEGO **|** PALO ALTO **|** DALLAS **|** RENO **|** WILMINGTON, NC

5/19/25, 4:57 PM
Case No. 1:21-cv-00628-NYW-NRN   Document 352-1   filed 09/08/25   USDC Colorado
pg 4 of 6
Dormer Harpring, LLC Mail - Lieberenz v. Board, et al - Demonstratives Deadline

If you received this transmission in error, please immediately notify the sender and delete the transmission.

**From:** Sean Dormer <smd@denvertrial.com>
**Sent:** Monday, March 17, 2025 4:55 PM
**To:** John Osgood <JOsgood@talawfirm.com>
**Cc:** Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Spencer Bryan <Jsbryan@bryanterrill.com>; Eden R. Rolland <e_rolland@fsf-law.com>; Andrew McLetchie <a_mcletchie@fsf-law.com>; Amy Rogers <anr@denvertrial.com>; Korey Bigbee <kbigbee@talawfirm.com>; Marni Nathan Kloster Esq. <mkloster@ndm-law.com>; Nicholas Christaan Poppe Esq. <npoppe@ndm-law.com>; Rachel Bradley <r_bradley@fsf-law.com>; De'von Rewerts <drewerts@talawfirm.com>; Kirstin Baker <k_baker@fsf-law.com>; JD Murdock, II <JMurdock@talawfirm.com>; Brian Gulden <b_gulden@fsf-law.com>; Michelle Sudano <msudano@talawfirm.com>; Tim Garvey <tmg@denvertrial.com>; LieberenzZ8821255@denvertrial.filevineapp.com; Randi McRae <rmcrae@talawfirm.com>
**Subject:** Re: Lieberenz v. Board, et al - Demonstratives Deadline

Thanks John. Can you let us know where the photos used to show cell walls and security monitor demonstrative came from? Alternatively, can we set up a time to come view?

Beautiful work though--I have a soft spot for these kinds of models...

Thanks,

Sean




**NOTICE:** If you weren't supposed to get this email, please let me know, and then please delete it and don't read it. If you already read it, please forget it. It's probably supposed to be private. Sorry for accidentally sending it to you, and thanks for being human and not dragging me for my mistake!

On Mon, Mar 17, 2025 at 1:50 PM John Osgood <JOsgood@talawfirm.com> wrote:

> Counsel,

Please see photos of Defendant's demonstrative exhibits via the ShareFile link below.

https://talawfirm.sharefile.com/i/i43a6cf5c66c4312b



**John T. Osgood**

**Partner**
1670 Broadway, Suite 900
Denver, Colorado 80202
Direct      (720) 473-5946

Cell         (303) 829-1463

josgood@talawfirm.com

www.talawfirm.com

DENVER | ORANGE COUNTY | SAN DIEGO | PALO ALTO | DALLAS | RENO | WILMINGTON, NC

If you received this transmission in error, please immediately notify the sender and delete the transmission.

---

**From:** Sean Dormer <smd@denvertrial.com>
**Sent:** Thursday, March 13, 2025 10:09 AM
**To:** John Osgood <JOsgood@talawfirm.com>
**Cc:** Brittany Freeman <bef@denvertrial.com>; Ella Nelson <ekn@denvertrial.com>; Spencer Bryan <Jsbryan@bryanterrill.com>; Eden R. Rolland <e_rolland@fsf-law.com>; Andrew McLetchie <a_mcletchie@fsf-law.com>; Amy Rogers <anr@denvertrial.com>; Korey Bigbee <kbigbee@talawfirm.com>; Marni Nathan Kloster Esq. <mkloster@ndm-law.com>; Nicholas Christaan Poppe Esq. <npoppe@ndm-law.com>; Rachel Bradley <r_bradley@fsf-law.com>; De'von Rewerts <drewerts@talawfirm.com>; Kirstin Baker <k_baker@fsf-law.com>; JD Murdock, II <JMurdock@talawfirm.com>; Brian Gulden <b_gulden@fsf-law.com>; Michelle Sudano <msudano@talawfirm.com>; Tim Garvey <tmg@denvertrial.com>; LieberenzZ8821255@denvertrial.filevineapp.com; Randi McRae <rmcrae@talawfirm.com>
**Subject:** Lieberenz v. Board, et al - Demonstratives Deadline

Hi All,

Sending confirmatory email of our agreement just now on Zoom before the continued depositions:

We agree to a <u>limited</u> extension of the demonstrative deadline coming up this Monday. Specifically, we agree to disclosure of at least rough drafts of all demonstratives, plus a brief list of remaining work to be done on any roughs submitted in lieu of finals. Finals will now be due no later than the following Monday, 3/24/25.

Thanks again for your flexibility with us on this!

-Sean



**NOTICE:** If you weren't supposed to get this email, please let me know, and then please delete it and don't read it. If you already read it, please forget it. It's probably supposed to be private. Sorry for accidentally sending it to you, and thanks for being human and not dragging me for my mistake!