AO 133 (Rev. 12/09)
Local USDC Colo. version
rev. May 2024

# AMENDED BILL OF COSTS

| United States District Court | DISTRICT OF COLORADO |
|---|---|
| Sarah Lieberenz, as Personal Representative of the Estate of Jackson Maes, deceased<br>v. Board of County Commissioners of the County of Saguache, Colorado, et al. | DOCKET NO.<br>CASE NO.   1:21-cv-000628-NYW-NRN |

Judgment having been entered in the above-titled action on  April 11, 2025  (date)

against  Kenneth Wilson and Dan Warwick,  (party), the Clerk is requested to fax the following as Costs:

| *Is this cost disputed?* | | |
|---|---|---|
| No; see Doc #342 pg 12 | Fees of the Clerk | $907.00 |
| No; see Doc #342 pg 12 | Fees for service of summons and complaint & service of subpoenas | $3,962.98 |
| No; see Doc #342 pg 12 | Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $4,354.45 |
| | Fees and disbursements for printing | $0 |
| No; see Doc #342 pg 12 | Fees for witnesses (itemized on following pages) | $10,780.23 |
| No; see Doc #342 pg 12 | Fees for exemplification and copies of papers necessarily obtained for use in the case | $44,386.33 |
| | Docket fees under 28 U.S.C. § 1923 | $0 |
| No; see Doc #342 pg 12 | Costs incident to taking of depositions | $12,677.30 |
| | Costs as reflected on mandate of Court of Appeals | $0 |
| | Other costs (itemized on following pages) | $0 |
| | TOTAL | $77,068.29 |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEPT. 9, 2025
JEFFREY P. COLWELL, CLERK

*Please review and comply with D.C.COLO.LCivR 54.1 as indicated in* Notice *on following page.*  **Awarded**

## DECLARATION

I do hereby declare, under penalty of perjury, that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
A copy hereof has been served on non-prevailing parties in the following manner:

Signature of Attorney for Prevailing Party          Name of Claiming Party: Sarah Lieberenz

*[signature]*
Sean Dormer, Esq.          Date: 8/4/2025

| PARTY'S REQUEST FOR HEARING | --- For Clerk's Office use only --- |
|---|---|
| Following conferral on _____ (date), several costs remain in dispute. The parties therefore request that a hearing be scheduled to address these costs. The following dates, occurring at least **28** days from today, are mutually agreeable to both parties.<br><br>*Available hearing days are **Tuesdays**, **Wednesdays**, *and* **Fridays** between the hours of **8:30 – 9:30 am**.*<br><br>Option #1   September 5, 2025, 8:30 - 9:30 AM<br>Option #2   September 10, 2025, 8:30 - 9:30 AM<br>Option #3   September 12, 2025, 8:30 - 9:30 AM | Costs are hereby taxed in the following amount and are to be considered part of the judgment.<br><br>**Costs taxed:  $ $77,068.29**<br><br>By:   **s/ Zoe M. Cothran**<br>Deputy Clerk<br>on behalf of Jeffrey P. Colwell, Clerk of Court<br><br>Date:   **SEPT. 9, 2025** |

**Costs Taxed by Clerk in the amount of $77,068.29 against Defendants Wilson and Warwick in favor of Plaintiff Lieberenz. Costs awarded pursuant to the parties' Stipulation.**

The signed document can be validated at https://app.vinesign.com/Verify